IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL CASEY BLANK,  § | |
| Plaintiff,  § | |
| § | |
| v.  § | Civil Action No. 3:16-CV-1463-K |
| § | |
| DEUTSCHE BANK NATIONAL TRUST  § | |
| COMPANY, AS TRUSTEE FOR LONG  § | |
| BEACH MORTGAGE LOAN TRUST  § | |
| 2001-2 ASSET-BACKED CERTIFICATES, § | |
| SERIES 2001-2,  § | |
| Defendant.  § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Objections filed on December 13, 2017 are **OVERRULED**.

The *Defendant's Motion for Summary Judgment*, filed March 22, 2017 (doc. 13), is **GRANTED**. By separate judgment, the plaintiff's suit will be **DISMISSED with prejudice**.

SO ORDERED.

Signed December 14th, 2017.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE